997 A.2d 225

IN THE MATTER OF JOHN E. CERZA, AN ATTORNEY AT LAW.

July 19, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–027, concluding that **JOHN E. CERZA of BLOOMFIELD,** who was admitted to the bar of this State in 1996, should be admonished for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate with client), *RPC* 1.15(b) (failure to promptly deliver funds to third party), and *RPC* 1.15(d) (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to submit monthly trust account reconciliations to the Office of Attorney Ethics on a quarterly basis for a period of one year;

And the Court having determined that an admonition together with conditions is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **JOHN E. CERZA** is hereby admonished; and it is further

ORDERED that respondent shall submit monthly reconciliations of his attorney accounts to the Office of Attorney Ethics on a quarterly basis, for a period of one year and until the further Order of the Court; and it is further

ORDERED that respondent shall compensate his client in the *Moyd* matter for losses she suffered as a result of his unethical conduct and submit proof thereof to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.